UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 19-cv-62662-KMW

DAMON NICHOLAS

    Plaintiff,

vs.

JUDGE ELIZABETH SCHERER, *et al.,*

    Defendants.

_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Lisette M. Reid's report and recommendation (DE 20) on Plaintiff's amended civil rights complaint filed pursuant to 42 U.S.C. § 1983. No objections to the Report were filed and the time to do so has passed. Upon an independent review of the Report, the record, and applicable case law, it is **ORDERED AND ADJUDGED** as follows:

1. The conclusions in the Report (DE 20) are **AFFIRMED AND ADOPTED**.
2. Plaintiff's claim for injunctive relief against Judge Elizabeth Scherer and Assistant Public Defender Rachael Gilbert are **DISMISSED WITHOUT PREJUDICE**.
3. Plaintiff's claim for monetary damages against Judge Elizabeth Scherer and Assistant Public Defender Rachael Gilbert are **DISMISSED WITH PREJUDICE**.
4. All pending motions are **DENIED AS MOOT**.
5. The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 15th day of December, 2020.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

CC:

Damon Nicholas
532000546
Broward County Jail – NBB
North Broward Bureau
Inmate Mail/ Parcels
Post Office Box 407037
Ft. Lauderdale, FL 33340